Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger P Nielsen** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Linda M Nielsen** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number   **17-16810**
(If known)

☒ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                                  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Roger P Nielsen                                    X /s/ Linda M Nielsen
Roger P Nielsen                                             Linda M Nielsen
Signature of Debtor 1                                    Signature of Debtor 2

Date   **November 6, 2019**                           Date   **November 6, 2019**